In the Matter of the Application of WILLIAM L. O'MALLEY for a Peremptory Order of Mandamus, Respondent, against CHARLES W. BERRY, as Comptroller of the City of New York, Appellant.— Peremptory mandamus order affirmed, with costs, as a matter of law and not in the exercise of discretion. Lazansky, P. J., Young, Kapper and Scudder, JJ., concur; Davis, J., dissents.

In the Matter of the Application of MARY VENDER, Respondent, for a Peremptory Mandamus Order against THOMAS P. FLANAGAN, as Superintendent of Buildings for the Borough of Brooklyn of the City of New York, Appellant.— Peremptory mandamus order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of WHITE PLAINS DAILY CORPORATION, Appellant, for an Order of Mandamus against THE CITY OF WHITE PLAINS and Others, Respondents.— Order denying motion for mandamus order unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

SARAH D. KAPS, Respondent, v. GERALDINE WEINSTEIN, Also Known as GERALDINE KAPS, Appellant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an answer within ten days from the entry of the order herein. Appeal from order denying motion for reargument dismissed. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

CONRAD KROEMER, JR., and DOROTHY KROEMER, Appellants, v. ALICE HARRAND, Respondent, and HENRY FREUND, Defendant.— Judgment reversed upon the law and the facts and a new trial granted, costs to abide the event. In our opinion the verdict is against the weight of the evidence. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

PHILIP LIPPE, Respondent, v. JOHN L. FINK, Appellant.*— Judgment reversed upon the law, with costs, and judgment directed for the defendant dismissing the complaint, with costs. In our opinion the contract in question involved the sale of a lease having over seven years to run which was an interest in real property, and no sufficient memorandum of the agreement of sale was made in writing pursuant to section 259 of the Real Property Law. Young, Kapper, Carswell, Scudder and Davis, JJ., concur.

CHARLES F. MURPHY, Appellant, v. LEONHARD MICHEL BREWING COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Carswell, Scudder and Davis, JJ.

NEW YORK INVESTORS, INC., Respondent, v. F. B. & W. REALTY CORPORATION and Others, Appellants.— Order granting plaintiff's motion for a bill of particulars affirmed, with ten dollars costs and disbursements; the abstract to be furnished to contain, however, only the liber, page and date of recording of each instrument to which reference is made; the particulars to be furnished within ten days from the service of a copy of the order herein. No opinion. Young, Kapper, Hagarty, Carswell and Davis, JJ., concur.